BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE FITCH, | Case No. 2:14-CV-01646-KJM-CMK |
| Plaintiff, | ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to and in accordance with the Stipulation for Compromise Settlement, Releases and Dismissal of Federal Tort Claims Act Claim ("stipulation") filed herein on July 21, 2014, Doc. #4. The Clerk of the Court shall enter the dismissal and release in the official docket.

However, in approving the parties' stipulation, the court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for state courts. *Kokkonen*, 511 U.S. at 382.

Order of Dismissal Pursuant to Stipulation Between the Parties    1

1    IT IS SO ORDERED.

3  DATED: July 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

Order of Dismissal Pursuant to Stipulation Between the Parties

2